AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| Madelin Fernandez, on behalf of herself and others similarly situated <br><br> *Plaintiff(s)* <br><br> v. <br><br> Tavares 234 Restaurant Corp. d/b/a Tavares Restaurant, New Tavares Restaurant Corp. d/b/a Tavares Restaurant, Julio A. Tavares, and Fabio A. Pena <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 24-CV-4012   RER-JRC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Tavares 234 Restaurant Corp. c/o NY Secretary of State, One Commerce Plaza, 99 Washington Avenue - 6th Floor, Albany, NY 12231;
New Tavares Restaurant Corp. c/o NY Secretary of State, One Commerce Plaza, 99 Washington Avenue - 6th Floor, Albany, NY 12231;

Julio A. Tavares c/o Tavares Meat Market, 2972 Fulton Street, Brooklyn, NY 11208;
Fabio ("Junior") A. Pena, 234 Cleveland Street, Brooklyn, NY 11208

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Cilenti & Cooper, PLLC
60 E. 42nd Street - 40th Floor
NY, NY 10165

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**BRENNA B. MAHONEY**
*CLERK OF COURT*

Date: 6/4/2024

s/Kimberly Davis

*Signature of Clerk or Deputy Clerk*